Richard Ertsey
63-A Kuahiwi Ave.
Wahiawa HI, 96786
tel: 808-365-8939

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF HAWAII

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2016

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

---

RICHARD GABRIEL ERTSEY

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

KATIE PERRY

ANDREA HECKLER

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV16 00100 LEK KSC

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: **Richard Ertsey**
- Street Address:
- City and County: 63-A Kuahiwi Ave.
- State and Zip Code: Wahiawa HI, 96786
- Telephone Number: tel: 808-365-8939
- E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).

**Defendant No. 1**

- Name: Katie Perry
- Job or Title (if known): Flower Shop Manager / US Army Reserve Service Member.
- Street Address: 3594 Collier Loop
- City and County: Wahiawa, Honolulu County
- State and Zip Code: Hawaii 96786
- Telephone Number: 253-223-5869
- E-mail Address (if known):

**Defendant No. 2**

- Name: Andrea Heckler
- Job or Title: Attorney Legal Council. Officer of the Law in the State of Hawaii.

2

(if known)

Street Address: 97-719 Kamehameha HWY A-207

City and County: Pearl City, Honolulu County

State and Zip Code: Hawaii 96786

Telephone Number: 808-620-6392

E-mail Address
(if known):

Defendant No. 3

Name:

Job or Title
(if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address
(if known):

Defendant No. 4

Name:

Job or Title
(if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address
(if known):

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The 4th. Ammendment.Unlawful Search and Seizures. Infringing upon confidential staturory privileged private information about US Army, VA and Social Security records of Richard Ertsey.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. From Dec23.2015 through Feb 26.2016 kapulei,HI

Katie Perry and Andrea Hecklerhave inquired about and pressured to answer Richard Ertsey about his US Army and VA and Social Security related information without due course of reason at a Family Court Hearing. Richard Ertsey has clearly stated that inquires of that nature are confidential and are protected by Statutory Privilege, and further that those questions were previously approved by the Court to be protected, Katie Perry and Andrea Heckler have falsified the Court Entry by writing Richard Ertsey's "motion for Protective Order is hereby denied". On a following hearing Katie Perry and Andrea Heckler have insisted on discussing the protected questions for reasons other than excusable. Richard Ertsey repeatedly informed the parties and the Court that those questions are irrelevant to the case and that those assumed information are speculative Hearsay. Katie Perry and Andrea Heckler insisted on having their questions answered by Richard Ertsey.

4

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe emotional distress; damaging Richard Ertsey's honor of US Military service, discrediting his persona, violating Richard Ertsey's civil rights, Katie Perry and Andrea Heckler have attempted to make Richard Ertsey to be less credible and less respectable than what he deserves, knowingly causing Richard Ertsey individual harm, embaracement and inconvenience by their questions.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The protected list of questions and any and all of the statements by Katie Perry and Andrea Heckler in relation to those questions to be vacated in any and all Courts of Law as well as anywhere else, as well as any and all of Richard Ertsey's answers to be vacated: deleted from any court's entery, sealed and deemed as non court-submittable. Richard Ertsey is trusting this Honorable Court to grant punitive damages upon Defendants, in the amounts or nature which this Honorable Court finds appropriate. The bases of these claims are that Katie Perry and Andrea Heckler did not give any legitimate reason nor gave any legitimate explanation, nor any legitimate concern why these questions are relevant to the hearings. Richard Ertsey stated that these questions are confidential and are protected by Statutory Privilege, still the Defendants insisted and have pressured Richard Ertsey to answer.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 6, 2016

Signature of Plaintiff _____

Printed Name of Plaintiff   Richard Ertsey   Pro Se.

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____